**Order entered May 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00687-CR

### CHRISTOPHER MICHAEL DUCHARME, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

We **REINSTATE** this appeal.

On January 24, 2019, we abated this appeal and ordered the trial court to hold a hearing to determine why appellant's brief, initially due November 28, 2018, had not been filed. On April 30, 2019, we received the trial court's findings of fact and order from the February 1, 2019 hearing.

We **ADOPT** the trial court's findings that appellant desires to prosecute the appeal and that appointed counsel Lara E. Bracamonte has not abandoned the appeal. The trial court recommended that counsel be given "an additional 30 days to file the brief," and "directed that the brief be filed . . . no later than March 1, 2019." The trial court signed the order on April 30,

2019. To date, no brief has been filed and we have had no communication from Ms. Bracamonte.

We **ORDER** appointed counsel Lara E. Bracamonte to file appellant's brief **BY 5:00 P.M. ON MAY 13, 2019**. Ms. Bracamonte is cautioned that the Court will not entertain any further motions from her for any extensions of time in this case. If Ms. Bracamonte does not file a brief by 5:00 p.m. on May 13, 2019, the Court will initiate contempt proceedings against her for the failure and refusal to obey the Court's order. *See* TEX. R. APP. P. 38.8(b)(4). The Court may also take such other actions as may be appropriate, including removing Ms. Bracamonte from the appeal or filing a grievance against her and referring this matter to the State Bar of Texas Commission for Lawyer Discipline for further proceedings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lara E. Bracamonte; to the Collin County District Attorney; and to Christopher Michael Ducharme, TDCJ#02202213, Stevenson Unit, 1525 FM 766, Cuero, TX 77954.

/s/ LANA MYERS
   JUSTICE